IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PMA INSURANCE GROUP, as subrogee of Times Past, LP, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN NUMISMATIC ASSOCIATION, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 1:23-cv-1786 ) ) ) ) ) ) |

## SUPPLEMENTAL STATUS REPORT

**1. The Nature of the Case**

**a. Identify the attorneys of record for each party, including the lead trial attorney.**

Matthew McLean on behalf of Plaintiff.

Counsel has not yet appeared on behalf of Defendant.

**b. State the basis for federal jurisdiction**.

Diversity Jurisdiction.

**c. Describe the nature of the claims asserted in the complaint and any counterclaims.**

Plaintiff contends that Defendant failed to provide proper security at an event where Plaintiff's merchandise was on display, resulting in the theft and loss of those items.

**d. State the major legal and factual issues anticipated in the case.**

The duty owed by the Defendant and whether their conduct amounted to a breach of that duty.

**e. Describe the relief sought by the plaintiff(s).**

Plaintiff seeks $385,000.

**2. Pending Motions and Case Plan**

**a. Identify all pending motions**

No Motions pending. Defendant has not yet filed an Answer and counsel has not appeared on its behalf. Defendant has until July 24, 2023, to Answer the Complaint per the Waiver of Service of Summons, which was returned executed and filed.

**b. Submit a proposal for a discovery plan, including the following information:**

Defendant has corporate counsel who has requested an opportunity to mediate the case prior to filing an Answer. Plaintiff is agreeable to Defendant's proposal. **The Parties would like to stay the proceedings until 9/15/23 to allow time for the mediation.**

**3. Consent to Proceed Before a Magistrate Judge**

**a. Indicate whether the parties consent unanimously to proceed before a Magistrate Judge.**

The Parties do not, at this time, consent to proceeding before the Magistrate Judge.

**4. Status of Settlement Discussions**

**a. Indicate whether any settlement discussions have occurred;**

**b. Describe the status of any settlement discussions; and**

**c. Whether the parties request a settlement conference.**

The Parties have agreed to mediate the case prior to the filing of an Answer by Defendant and would like a stay of the proceedings to do so.

Respectfully submitted,

                                          THOMPSON BRODY & KAPLAN, LLP

                              By: */s/ Matthew McLean*_____
                                    Counsel for Plaintiff

Matthew S. McLean, Esq.
Thompson, Brody and Kaplan, LLP
161 N. Clark St. Suite 3575
Chicago, IL 60601
T: 312-374-8879
F: 312-782-3787
McLean@tbkllp.com