# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

PMA Insurance Group, et al.

                                Plaintiff,

v.                                                               Case No.: 1:23−cv−01786
                                                                    Honorable Manish S. Shah

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 16, 2023:

      MINUTE entry before the Honorable Manish S. Shah: All deadlines are extended while the parties attempt mediation. Defendant's response to the complaint is now due 9/21/23. Plaintiff shall file a status report on the progress of mediation by 9/12/23. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.